IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:
EXPIRED PASSPORTS

## ORDER TO FORWARD PASSPORT

IT IS HEREBY ORDERED that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Office of Research and Liaison, Attn: Vanessa Washington, 1111 19th Street, NW, Room 500, Washington, DC 20522:

| Defendant Name | Expiration Date | Case Number |
| --- | --- | --- |
| BLANTON, Kelvin Bernard | 07/11/05 | 95-CR-367 |
| GONZALES, Nelson Vladimir | 05/02/01 | 01-CR-356 |
| IRWIN, Richard Roth | 09/05/05 | 98-CR-419 |
| KENNEDY, William Robert | 06/08/96 | 92-CR-227 |
| KILPATRICK, William Agee | 03/17/96 | 93-CR-299 |
| MARTINEZ, Mark Anthony | 06/11/03 | 94-CR-169 |
| MILYARD, Melissa Dawn | 01/16/06 | 02-CR-91 |
| MONTGOMERY, John Parker | 07/10/78 | 93-CR-86 |
| MURPHY, Douglas Mark | 06/01/05 | 99-CR-418 |
| NECHRONY, Matthew Frank | 05/30/04 | 96-CR-324 |

Dated at Denver, Colorado, this 20 day of ~~September~~ October, 2007.

BY THE COURT:

Edward W Nottingham, Chief Judge